UNITED STATES of America, Plaintiff–Appellee

v.

Cesar Estuardo HERNANDEZ–CRUZ, Defendant–Appellant

No. 16-40064
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 08/16/2016

Lesley Anne Woods, Assistant U.S. Attorney, Beaumont, TX, for Plaintiff–Appellee

Cesar Estuardo Hernandez–Cruz, Pro Se

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Cesar Estuardo Hernandez–Cruz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hernandez–Cruz has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw

---

is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under